**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00305-RPM-MEH

DOUGLAS HANEVIK,

       Plaintiff,

v.

LHR, INC., a New York corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: March 19th, 2007

       BY THE COURT:

       s/Richard P. Matsch
       _____
       U.S. DISTRICT JUDGE